UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MITCH FISHLOWITZ,<br><br>Plaintiff,<br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>Defendant. | Case No.: 08 CV 2344<br><br>Judge Coar<br><br>Magistrate Judge Mason |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, GC SERVICES LIMITED PARTNERSHIP, by its attorney, Todd P. Stelter, pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that this court grant a 21 day extension of time, or up until August 18, 2008, to file a responsive pleading to plaintiff's complaint, and in support thereof, states as follows:

1. Plaintiff's complaint purports to state a claim under the Fair Debt Collection Practices Act against the defendants.

2. Plaintiff's Complaint was filed on April 24, 2008, and service was recently waived by defendant.

3. Defendant has not requested any previous extensions.

4. Defense counsel was recently retained and requires additional time to perform factual investigation prior to answering or otherwise pleading. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response.

5. Defense counsel has communicated with plaintiff's counsel and it has been indicated that there is no opposition to this motion.

6342819v1 890364

WHEREFORE, defendant respectfully requests this Court grant an extension of time up to and including August 18, 2008, to file a responsive pleading to plaintiff's complaint.

Respectfully submitted,

By: _____s/ Todd P. Stelter_____
One of Defendants Attorneys

David M. Schultz
Todd Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000

6342819v1 890364

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MITCH FISHLOWITZ, | |
| Plaintiff, | Case No.: 08 CV 2344 |
| v. | Judge Coar |
| GC SERVICES LIMITED PARTNERSHIP, | Magistrate Judge Mason |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2008, I electronically filed **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Jeffrey Hyslip**
jsh@legalhelpers.com

Respectfully submitted,

By:____s/Todd P. Stelter_____

David M. Schultz
Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6342819v1 890364