# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Mitch Fishlowitz

                         Plaintiff,

v.                                                         Case No.: 1:08−cv−02344
                                                          Honorable David H. Coar

GC Services, Limited Partnership

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 25, 2008:

      MINUTE entry before the Honorable David H. Coar: MOTION by Defendant GC Services, Limited Partnership for extension of time to file answer or otherwise plead [7] is granted. Defendant to answer or plead on or before 8/18/2008. Parties need not appear on the noticed motion date of 7/28/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.